IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDNERE FRANCOIS,
ALIEN # A74-012-615,

    Petitioner,

v.                                    CASE NO. 4:09-cv-00069-MP-WCS

MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that this petition be transferred to the United States District Court for the Middle District of Georgia, Macon Division. The Magistrate entered the Report on March 18, 2009. No party has filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this Court lacks jurisdiction and that the petition should be transferred. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED and incorporated herein. The Petition for Writ of Habeas Corpus (Doc. 1), filed by Petitioner pursuant to 28 U.S.C. § 2241, is TRANSFERRED in the interests of justice, pursuant to 28 U.S.C. §§ 1406(a) and 90(b), to the United States District Court for the Middle District of Georgia, Macon Division, for all further proceedings.

**DONE AND ORDERED** this ___17th__ day of April, 2009

                         *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge